IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02469-BNB

TARNELL LEON JONES,

Plaintiff,

v.

DR. WEMESMA, PA,

Defendant.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 3 0 2008

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff Tarnell Leon Jones initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. In an order filed on November 13, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Jones to cure a deficiency if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Jones to submit a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion. Mr. Jones was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

Mr. Jones has failed to cure the deficiency within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's November 13 order. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiency. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiency. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed on November 6, 2008, is denied as moot.

DATED at Denver, Colorado, this 30 day of December, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02469-BNB

Tarnell L. Jones
Prisoner No. 129815
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3 - SEG MAX
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/30/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk